# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTOPHER J. BREKKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19-cv-00535-JKB |
| v. | ) |
| | ) |
| MEDEQUITIES REALTY TRUST, INC., JOHN W. MCROBERTS, WILLIAM C. HARLAN, RANDALL L. CHURCHEY, JOHN N. FOY, STEVEN I. GERINGER, STEPHEN L. GUILLARD, ELLIOTT MANDELBAUM, TODD W. MANSFIELD, STUART C. MCWHORTER, and OMEGA HEALTHCARE INVESTORS, INC. | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Christopher Brekka ("Plaintiff") hereby voluntarily dismisses his claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: September 27, 2019

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ Donald J. Enright
Donald J. Enright (Bar No. 13551)
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, DC 20007
T: (202) 524-4290
F: (202) 333-2121

1

Email: denright@zlk.com
etripodi@zlk.com


**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 400-1920
Fax: (914) 301-3514

*Counsel for Plaintiff*